AO 10
Rev. 1/2013

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2013

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Coleman, Sharon J. | 2. Court or Organization<br><br>Northern District of Illinois | 3. Date of Report<br><br>06/26/2014 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2013<br>to<br>12/31/2013 |

| 7. Chambers or Office Address<br><br>219 S. Dearborn Street - Chamers 1460<br>Chicago, Illinois 60604 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1996 | State of Illinois Employee Pension Fund: Pension upon retirement age 59.5 |
| 2. 1984 | Cook County Employee Retirement Fund: Pension upon retirement age 59.5 |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 06/26/2014 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2013 | Health Care Service Corporation - Employment |
| 2. | 2013 | Excellus Health Plan, Inc. - Employment |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 06/26/2014 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔** NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | HCSC 401K | Personal Loan | None |
| 2. | Chase (Part VII - Line 6) | Rental Property - Mortgage | N |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 06/26/2014 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Planites Credit Union | A | Int./Div. | K | T | | | | | |
| 2. Citibank | A | Int./Div. | K | T | | | | | |
| 3. Mesirow Financial Brokerage Account (Y) | | | | | | | | | |
| 4. -Templeton Global Fund | A | Dividend | | | Closed | 06/04/13 | J | A | |
| 5. Mesirow Financial Brokerage Account (Y) | | | | | | | | | |
| 6. - Ira #1 Templeton Global Fund | A | Dividend | | | Closed | 06/04/13 | M | D | |
| 7. Rental Property - Chicago, Il (Purchased 2007 $340,000) | E | Rent | O | W | | | | | |
| 8. HCSC 401K (Y) | | | | | | | | | |
| 9. State of Illinois Retirement Fund | | None | M | W | | | | | |
| 10. HCSC Deferred Income (Y) | | | | | | | | | |
| 11. Merrill Lynch (H) | | | | | | | | | |
| 12. - Merrill Lynch Money Market Account | A | Interest | J | T | Buy | 06/04/13 | J | | |
| 13. - Merrill Lynch Wealth Management Mutual Funds IRA #1 | D | Dividend | M | T | Buy | 06/04/13 | M | | |
| 14. - Merrill Lynch Money Market Account | A | Interest | J | T | Buy | 06/03/13 | J | | |
| 15. - Merrill Lynch Wealth Management Mutual Funds IRA | A | Dividend | J | T | Buy | 06/03/13 | J | | |
| 16. - Merrill Lynch Money Market Account | A | Interest | K | T | Buy | 06/03/13 | K | | |
| 17. - Merrill Lynch Wealth Management Mutual Funds IRA Rollover | E | Dividend | P1 | T | Buy | 07/11/13 | P1 | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 06/26/2014 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Lines 3 and 5 Mesirow Financial (Brokerage Firm) was closed and funds transfered to Merrill Lynch (Brokerage Firm) reported at line 11, which represents the Templeton Global Funds. The values reported at D(3) lines 4 and 6 represents the transferred values.

Line 8 HCSC 401(K) Rolled over to Merrill Lynch (Line 17) when employment changed per Part III-B Line 2.

Line10 HCSC Deferred Compensation distributed due to change in employers income reported as Part III-B Line 1.

| Name of Person Reporting | Date of Report |
|---|---|
| Coleman, Sharon J. | 06/26/2014 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Sharon J. Coleman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544